897 A.2d 1168

Lawrence G. QUINN, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 24, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of May, 2006, it is hereby ordered that the Order of the Commonwealth Court is affirmed.